HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-MJ-00097-EPG |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| TILISHA MORRISON, | |
| *Defendant,* | |

Defendant Tilisha Morrison, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On June 9, 2022, a Complaint was issued in the above captioned case. Ms. Morrison had an initial appearance on the allegations in the Northern District of Texas on June 17, 2022, at which time the Court appointed counsel and ordered she be released. Counsel in the Eastern District of California is needed in advance of arraignment in order to facilitate her appearance on the pending charges.

After reviewing her Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED: June 23, 2022           */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Tilisha Morrison is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**June 23, 2022**__                  /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE