MONICA L. BERMUDEZ
Attorney at Law, SBN275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675

Attorney for:
TILISHA MORRISON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TILISHA MORRISON,<br><br>Defendants. | Case No.  1:22-CR-00177 ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING FINDINGS AND ORDER |

**STIPULATION**

COMES NOW, Defendant, TILISHA MORRISON, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, the matter was set for a status conference on March 22, 2023,
2. By this stipulation, defendant now moves to continue the status conference to May 24, 2023, at 1:00 p.m.  before the Honorable Barbara McAuliffe. The government joins in this request.
3. The parties agree and stipulate, and request that the Court find the following:
   a. Counsel has discussed plea negotiations in this matter with AUSA Massey.
   b. It is my understanding that AUSA Jessica Massey is awaiting approval of the

1

1   plea agreement.

2   c. Upon receipt of said agreement, I will review it with Ms. Morrison and tender a signed pleas agreement to AUSA Massey and set a Change of Plea hearing.

3   d. It is requested the status conference be continued to **May 24, 2023 at 1:00 p.m.**

4   e. Based on the above -stated findings, the ends of justice served by continue the case as requested outweigh the interest of the public and the defendant in a trial within he original date prescribed by the Speedy Trial Act. Such time is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5   f. The government does not object to, and agrees with, the requested continuance.

**IT IS SO STIPULATED**

Dated: March 15, 2023                     Respectfully Submitted,

                                          */s/ Monica L. Bermudez*_____
                                          MONICA L. BERMIUDEZ
                                          Attorney for TILISHA MORRISON

DATED: March 15, 2023                     */s/Jessica Massey*_____
                                          JESSICA MASSEY
                                          Assistant U.S. Attorney

2

# **ORDER**

**IT IS SO ORDERED** that the status conference currently set for March 22, 2023, is continued to **May 24, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 16, 2023**                           /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE

3