**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Tilisha Morrison

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TILISHA MORRISON<br><br>Defendant | ) Case No.: 1:22-cr-00177-ADA-BAM<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE**<br>)<br>)<br>)<br>)<br>) |

Defendant, TILISHA MORRISON, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for APRIL 26, 2023, at 1:00 p.m. in Courtroom 8 of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date:   April 25, 2023                         */s/Tilisha Morrison*        ____
                                                                     Tilisha Morrison


Date: April 25, 2023                           */s/Monica L. Bermudez*  ____
                                                                     MONICA L. BERMUDEZ
                                                                     Attorney for Defendant

1

**ORDER**

2      Good cause appearing.

3      **IT IS HEARBY ORDERED** that defendant, TILISHA MORRISON is hereby excused

4  from appearing at this court hearing scheduled for APRIL 26, 2023.

5

IT IS SO ORDERED.

6

7      Dated:   **April 25, 2023**                    /s/ *Barbara A. McAuliffe*  _
                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25