1  LAW OFFICE OF MONICA L. BERMUDEZ
2  Monica L. Bermudez, SBN 275434
   1670 M. Street
3  Bakersfield, CA 93301
   Tel: (661) 616-2141
4  Fax: (661) 322-7675
   Email: monica@lawbermudez.com
5
6  Attorney for:
   Tilisha Morrison

7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00177
11          Plaintiff,
12     v.                                 STIPULATION AND ORDER TO
                                          CONTINUE CHANGE OF PLEA HEARING
13  TILISHA MORRISON
                                          Date: July 24, 2023
14          Defendants.                   Time: 9:00 A.M.
15                                        **Courtroom: 8**

16

17  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA DE
18  ALBA AND STEPHANIE STOCKMAN, ASSISTANT UNITED STATES ATTORNEY,
19
20  EASTERN DISTRICT OF CALIFORNIA:

21      **COMES NOW** Defendant, TILISHA MORRISON, by and through her attorney of record,
22  MONICA L. BERMUDEZ, hereby requesting that the change of plea hearing currently set for
23  Monday, May 22, 2023, be continued to Monday, July 24, 2023 at 9:00 a.m.
24
25      Ms. Morrison currently resides in Texas and has to make flight arrangements to be present
26  at the change of plea hearing. Due to Mr. Morrison's current financial issues, she could not pay for
27  travel for the currently set change of plea date of May 22, 2023. However, Ms. Morrison has been
28  able to secure travel arrangements to attend court on July 24, 2023. Defense Counsel has discussed

1

the request to vacate and continue the hearing with Jessica Massey and she does not have an objection to Defense Counsel's request.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 05/15/2023                     Respectfully Submitted,
                                      */s/ Monica L. Bermudez*
                                      MONICA L. BERMUDEZ
                                      Attorney for Defendant
                                      Tilisha Morrison

DATED: 05/15/2023                     */s/Stephanie Stockman*
                                      Stephanie Stockman

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORERED that the change of plea hearing currently set for May 22, 2023, before Honorable de Alba is continued to Monday, July 24, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   May 15, 2023                 _____
                                      UNITED STATES DISTRICT JUDGE