LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
Tilisha Morrison

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TILISHA MORRISON<br><br>Defendants. | Case No.  1:22-cr-00177 ADA<br><br><br>STIPULATION AND ORDER TO<br>CONTINUE CHANGE OF PLEA HEARING<br><br>Date:  September 25, 2023<br>Time:  9:00 A.M.<br>**Courtroom: 8** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA DE ALBA AND STEPHANIE STOCKMAN, ASSISTANT UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA:

**COMES NOW** Defendant, TILISHA MORRISON, by and through her attorney of record, MONICA L. BERMUDEZ, hereby requesting that the change of plea hearing currently set for Monday, July 24, 2023, be continued to Monday, September 25, 2023, at 8:30 a.m.

Ms. Morrison currently resides in Texas and must make flight arrangements to be present at the change of plea hearing. Ms. Morrison had issues securing travel for the currently set change of plea date of July 24, 2023. However, Ms. Morrison is confident she will be able to secure travel arrangements to attend court on September 25, 2023. Defense Counsel has discussed the request to

1

vacate and continue the hearing with Jessica Massey and she does not have an objection to Defense

Counsel's request.

The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 07/13/2023

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Tilisha Morrison

DATED: 07/13/2023

*/s/Stephanie Stockman*
Stephanie Stockman

## <u>ORDER</u>

GOOD CAUSE APPEARING, IT IS SO ORERED that the change of plea hearing

currently set for July 24, 2023, before Honorable Ana de Alba is continued to Monday,

September 25, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   July 13, 2023

_____
UNITED STATES DISTRICT JUDGE