MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675
Email: Monica@lawbermudez.com

Attorney for Tilisha Morrison

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TILISHA MORRISON,<br><br>                    Defendant. | CASE NO. 1:22-cr-00177-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: April 8, 2024<br>TIME:  8:30 a.m.<br>JUDGE: NODJ |

**STIPULATION**

Tilisha Morrison, by and through her counsel, Monica L. Bermudez and The United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 20, 2024 at 10:00 a.m.

2. By this stipulation, the parties move to continue sentencing for the defendant until April 8, 2024 at 10:00 a.m.

3. The parties request the continuance so that counsel for Ms. Morrison can have adequate time to prepare a sentencing memorandum on her behalf. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be reset for

1

sentencing on April 8, 2024 at 8:30 a.m.

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: February 14, 2024

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        TILISHA MORRISON

DATED: February 14, 2024

        /s/ Kimberly Sanchez
        KIMBERLY SANCHEZ
        Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 20, 2024, to **April 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **February 15, 2024**       /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE