Monica L. Bermudez, BAR #275434
Attorney at Law
1670 "M" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Tilisha Morrison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Tilisha Morrison<br><br>　　　　　Defendant. | No. 1:22-CR-00177-NODJ<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD** |

On June 9, 2022, Defendant Tilisha Morrison was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as trial counsel to represent Ms. Morrison on June 24, 2022, in her criminal case. Ms. Morrison was sentenced pursuant to a plea agreement on April 8, 2024. The time for filing a direct appeal was April 22, 2024. No direct appeal was filed. Ms. Morrison was not in custody at sentencing. The trial phase of Ms. Morrison criminal case has, therefore, come to an end. Having completed her representation of Ms. Morrison CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Morrison require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 04/23/2024                                    Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Tilisha Morrison

## ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which he was appointed, the Court hereby grants attorney Monica L, Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Tilisha Morrison at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
#7122294
1225 M Street
Fresno, CA 93721

**IT IS SO ORDERED.**

DATED:  April 25, 2024.

CHIEF UNITED STATES DISTRICT JUDGE